**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JEANETH MARTINEZ-MARTINEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-734-R** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Before the Court is Petitioner's Motion for Request for Waiver of Local Counsel, Doc. 14, seeking a waiver of the requirement under Local Civil Rule 83.3 that non-resident counsel associate with local counsel.  The Court has discretion to waive this requirement if non-resident counsel establishes "financial hardship, special qualifications of non-resident counsel, or other good cause," and "certifies familiarity with the local civil court rules." LCvR83.3(c).  Petitioner's counsel presents good cause and certifies she is familiar with the Court's local civil rules.  Doc. 14 at 1-2.  For good cause shown, Petitioner's Motion for Request for Waiver of Local Counsel, Doc. 14, is **GRANTED**.[1]

IT IS SO ORDERED this 17th day of April, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner also filed what the Court understands to be a proposed order on the Motion for Request for Waiver of Local Counsel, Doc. 15, though it is docketed as a motion.  Because this Order grants the requested relief, Doc. 15 is **DENIED as moot**.