**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

JEANETH MARTINEZ-MARTINEZ,      )
                                )
        Petitioner,             )
                                )
vs.                             )      Case No. CIV-26-734-R
                                )
FRED FIGUEROA, et al.,          )
                                )
        Respondents.            )

## ORDER

This matter comes before the Court for review of a Report and Recommendation [Doc. No. 17] issued by United States Magistrate Judge Chris M. Stephens. Judge Stephens recommends that Petitioner's Petition for Habeas Corpus be granted in part. The case file shows no timely objection to the Report nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object.

The Court adopts the Report and Recommendation in its entirety and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is granted in part. The Court finds that Petitioner is subject to detention under 8 U.S.C. § 1226(a) and Respondents are directed to provide Petitioner with a prompt, individualized bond hearing. Because the Court has granted relief on statutory grounds, the Court declines to address the remaining claims.

IT IS SO ORDERED this 11th day of May, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE